IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE HAPPY CHILD WORLD, INC. | § No. 25, 2021<br>§<br>§ Court Below—Court of Chancery<br>§ of the State of Delaware<br>§<br>§ Consol. C.A. No. 3402 VCS |

Submitted: March 26, 2021
Decided: April 14, 2021

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After consideration of the notice to show cause and the response, it appears to the Court that:

(1)     On January 25, 2021, Boraam Tanyous filed a *pro se* notice of appeal on behalf of Happy Child World, Inc. from the Court of Chancery's post-trial opinion and order resolving consolidated breach of fiduciary duty and appraisal actions.[1]  The Chief Deputy Clerk directed Tanyous to have counsel enter an appearance on behalf of Happy Child World by February 19, 2021 or a notice to show cause would issue.  On February 19, 2021, Tanyous requested an extension until March 12, 2021 to find counsel, which the Court granted.

(2)     After counsel failed to enter an appearance by March 12, 2021, the Chief Deputy Clerk issued a notice directing Tanyous to show cause why this appeal

---

[1] *In re Happy Child World*, *Inc.*, 2020 WL 5793156 (Del. Ch. Sept. 29, 2020).

should not be dismissed for his failure to have counsel enter an appearance on behalf of Happy Child World. In response to the notice to show cause, Tanyous lists the Delaware attorneys he unsuccessfully contacted and argues the merits of the appeal.

(3)    We conclude that this appeal must be dismissed. "In Delaware, a corporation can act before a court only though an agent duly licensed to practice law."[2]   This Court "may not entertain an appeal by a corporation where the corporation is not represented by counsel."[3]  No counsel has entered an appearance on behalf of Happy Child World in this appeal.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice

---

[2] *Parfi Holding AB v. Mirror Image Internet, Inc.*, 2009 WL 189862, at *1 (Del. Jan. 12, 2009).
[3] *Evergreen Waste Servs. v. Unemployment Ins. Appeal Bd.*, 2011 WL 2601600, at *1 (Del. June 30, 2011).